```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION
```

DONNA TOMPKINS and JOAN B.  \*
WYNN,
             \*
 Plaintiffs,
             \*
vs.              CASE NO. 4:11-CV-93 (CDL)
             \*
JOHN DARR, Individually and in
his Official Capacity as  \*
Sheriff of Muscogee County, and
the COLUMBUS CONSOLIDATED  \*
GOVERNMENT,
             \*
 Defendants.
             \*

## O R D E R

The jury returned a verdict today finding with regard to both Plaintiffs, Donna Tompkins and Joan B. Wynn, that gender was a motivating factor in Defendant Darr's decisions not to promote them and finding in Plaintiffs' favor on Defendants' same decision defense. The jury, however, awarded no damages to either Plaintiff. In light of the jury's findings in their special interrogatory responses, the Court finds that final judgment should not be entered until after the Court rules whether Plaintiffs are entitled to equitable relief and/or attorneys' fees against the Columbus Consolidated Government pursuant to Title VII based on the jury's findings. Plaintiffs shall file any motion seeking equitable relief and/or attorneys' fees by October 4, 2013. Defendants shall respond to the motion

within 21 days of service of the motion.  Plaintiffs will then have 14 days to file a reply.

SO ORDERED, this 18th day of September, 2013.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE

2